```
1  HUNTER PYLE, SBN 191125
   MANA BARARI, 275328
2  SUNDEEN SALINAS & PYLE
   428 13th Street, 8th Floor
3  Oakland, California  94612
   Telephone:    510.663.9240
4  Telefax:      510.663.9241

5  Attorneys for Plaintiffs
   TEDDY L. FARROW and JOHN JONES
6
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TEDDY L. FARROW and JOHN JONES, | Case No. C12-00820- CRB |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER CONTINUING JUNE 29, 2012 CASE MANAGEMENT CONFERENCE |
| vs. | |
| KOHL'S DEPARTMENT STORES, INC., | Date:    June 29, 2012<br>Time:   8:30 a.m.<br>Judge:  Hon. Charles R. Breyer |
| Defendant. | |

    This Stipulation is entered into by and among plaintiff Teddy L. Farrow and John Jones ("Plaintiffs") and defendant Kohl's Department Stores, Inc. ("Defendant") by and through their respective counsel.

    WHEREAS the parties have agreed to private mediation and filed their Stipulation and Proposed Order to proceed with private mediation on June 28, 2012;

1  WHEREAS the parties will have 90 days to complete mediation as of the date the Court signs
2  the Proposed Order adopting the parties' stipulation to proceed with mediation within 90 days;
3  WHEREAS the parties have agreed to continue the case management conference to a date that
4  occurs after the 90 day mediation period expires;
5  **IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned counsel for
6  Plaintiff and Defendant, that the Case Management Conference currently scheduled for June 29, 2012 at
7  8:30 a.m. be continued to a date after the 90 day mediation period expires.

10  Dated: June 28, 2012        /s/ Hunter Pyle
11                              Counsel for plaintiff

13  Dated: June 28, 2012        /s/ Leila Narvid
14                              Counsel for defendant

---

**FARROW, et al. v. KOHL'S**
**STIPULATION AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE**
Case No. C12-00820- CRB
-2-

**ORDER**

The above Stipulation is approved and the Case Management Conference scheduled for June 29, 2012 is hereby vacated. A Case Management Conference shall be held on _____October 5, 2012_____ at ___8:30 a.m.___.

Dated: June 28, 2012

IT IS SO ORDERED

Judge Charles R. Breyer

**FARROW, et al. v. KOHL'S**
**STIPULATION AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE**
Case No. C12-00820- CRB
-3-