1 | **HUNTER PYLE, SBN 191125**
**MANA BARARI, 275328**
2 | SUNDEEN SALINAS & PYLE
428 13th Street, 8th Floor
3 | Oakland, California  94612
Telephone: 510.663.9240
4 | Telefax: 510.663.9241

5 | Attorneys for Plaintiffs
TEDDY L. FARROW and JOHN JONES

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TEDDY L. FARROW and JOHN JONES, | Case No. C12-00820- CRB |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER CONTINUING OCTOBER 5, 2012 CASE MANAGEMENT CONFERENCE** |
| vs. | Date:  October 5, 2012
Time:  8:30 a.m.
Judge:  Hon. Charles R. Breyer |
| KOHL'S DEPARTMENT STORES, INC., | |
| Defendant. | |

This Stipulation is entered into by and among plaintiff Teddy L. Farrow and John Jones ("Plaintiffs") and defendant Kohl's Department Stores, Inc. ("Defendant") by and through their respective counsel.

WHEREAS the parties have agreed to private mediation and filed their Stipulation and Proposed Order to proceed with private mediation on June 28, 2012;

1   WHEREAS the parties have scheduled mediation to take place on October 11, 2012 with

2   mediator Jeffrey A. Ross in Oakland, California;

3   WHEREAS the parties have agreed to continue the case management conference to a date that

4   occurs after mediation;

5   **IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned counsel for

6   Plaintiff and Defendant, that the Case Management Conference currently scheduled for October 5, 2012

7   at 8:30 a.m. be continued to November 2, 2012 at 8:30 a.m., or a later date at the Court's convenience.

10   Dated:  June 28, 2012          /s/ Mana Barari

11                                  Counsel for plaintiff

13   Dated:  June 28, 2012          /s/ Leila Narvid

14                                  Counsel for defendant

**ORDER**

The above Stipulation is approved and the Case Management Conference scheduled for October 5, 2012 is hereby vacated. A Case Management Conference shall be held on  November 2, 2012  at   8:30 a.m.   .

Dated: September 18, 2012



_____
HON. CHARLES R. BREYER
UNITED STATES D

1 **ATTESTATION OF E-FILED SIGNATURE**

2 I, Mana Barari, Esq. am the ECF User whose ID and password are being used to file this

3 Stipulation and (Proposed) Order Continuing Case Management Conference. In Compliance with

4 General Order 45, X.B., I hereby attest that Leila Narvid, Esq. has read and approved this Stipulation

5 and (Proposed) Order Continuing Case Management Conference and consents to its filing in this action.

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25