1  **HUNTER PYLE, SBN 191125**
   **MANA BARARI, 275328**
2  SUNDEEN SALINAS & PYLE
   428 13th Street, 8th Floor
3  Oakland, California 94612
   Telephone:    510.663.9240
4  Telefax:      510.663.9241

5  Attorneys for Plaintiffs
   TEDDY L. FARROW and JOHN JONES

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

| TEDDY L. FARROW and JOHN JONES, | Case No. C12-00820- CRB |
|---|---|
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING OCTOBER 5, 2012 CASE MANAGEMENT CONFERENCE |
| vs. | |
| KOHL'S DEPARTMENT STORES, INC., | Date:  October 5, 2012<br>Time:  8:30 a.m.<br>Judge: Hon. Charles R. Breyer |
| Defendant. | |

   This Stipulation is entered into by and among plaintiff Teddy L. Farrow and John Jones ("Plaintiffs") and defendant Kohl's Department Stores, Inc. ("Defendant") by and through their respective counsel.

   WHEREAS the parties have agreed to private mediation and filed their Stipulation and Proposed Order to proceed with private mediation on June 28, 2012;

1  WHEREAS the parties have scheduled mediation to take place on October 11, 2012 with
2  mediator Jeffrey A. Ross in Oakland, California;
3  WHEREAS the parties have agreed to continue the case management conference to a date that
4  occurs after mediation;
5  **IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned counsel for
6  Plaintiff and Defendant, that the Case Management Conference currently scheduled for October 5, 2012
7  at 8:30 a.m. be continued to November 2, 2012 at 8:30 a.m., or a later date at the Court's convenience.

10  Dated: June 28, 2012  /s/ Mana Barari
11  Counsel for plaintiff

13  Dated: June 28, 2012  /s/ Leila Narvid
14  Counsel for defendant

**FARROW, et al. v. KOHL'S**
**STIPULATION AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE**
Case No. C12-00820- CRB
-2-

**ORDER**

The above Stipulation is approved and the Case Management Conference scheduled for October 5, 2012 is hereby vacated. A Case Management Conference shall be held on _November 2, 2012_ at _8:30 a.m._.

Dated: September 18, 2012



HON. CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

---

**FARROW, et al. v. KOHL'S**
**STIPULATION AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE**
Case No. C12-00820- CRB
-3-

**ATTESTATION OF E-FILED SIGNATURE**

I, Mana Barari, Esq. am the ECF User whose ID and password are being used to file this Stipulation and (Proposed) Order Continuing Case Management Conference. In Compliance with General Order 45, X.B., I hereby attest that Leila Narvid, Esq. has read and approved this Stipulation and (Proposed) Order Continuing Case Management Conference and consents to its filing in this action.