UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TEDDY L. FARROW and JOHN JONES, | Case No. 3:12-cv-00820-CRB |
| Plaintiffs, | **ORDER GRANTING JOINT REQUEST TO REFER PARTIES TO JUDICIAL SETTLEMENT CONFERENCE AND CONTINUE HEARING ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT** |
| v. | |
| KOHL'S DEPARTMENT STORES, INC., | |
| Defendant. | |
| | Judge: Hon. Charles R. Breyer |
| | Trial Date: February 24, 2014 |

IT IS HEREBY ORDERED as follows:

1. Pursuant to ADR Local Rule 7-2, the parties are referred to U.S. Magistrate Judge Jacqueline Scott Corley for purposes of conducting a settlement conference;

2. The hearing on Defendant's motion for summary judgment or, in the alternative, partial summary judgment ("Motion"), currently scheduled for November 8, 2013, is to be rescheduled to a date to be determined by the Court after the parties participate in the settlement conference if the case does not resolve; and

1      3.     The due date on Plaintiffs' Opposition to Defendant's Motion which is currently due on October 18, 2013 will be continued until three (3) weeks prior to the hearing on Defendant's Motion, and the due date on Defendant's Reply to Plaintiffs' Opposition which is currently due on October 25, 2013 will be continued until one (1) week prior to the hearing on Defendant's Motion.

**IT IS SO ORDERED.**

DATED: October 8, 2013

By: _____
HON. _____



4850-0309-9413.1

-2-     3:12-cv-00820-CRB
[PROPOSED] ORDER GRANTING JOINT REQUEST TO REFER PARTIES TO JUDICIAL SETTLEMENT CONFERENCE AND CONTINUE THE HEARING ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT