1
2
3
4
5
6
7
8                **UNITED STATES DISTRICT COURT**
9              **NORTHERN DISTRICT OF CALIFORNIA**
10                **SAN FRANCISCO DIVISION**
11

| | |
|---|---|
| 12 TEDDY L. FARROW and JOHN JONES, | Case No. 3:12-cv-00820-CRB |
| 13         Plaintiffs, | **ORDER GRANTING JOINT REQUEST TO REFER PARTIES TO JUDICIAL** |
| 14     v. | **SETTLEMENT CONFERENCE AND CONTINUE HEARING ON** |
| 15 KOHL'S DEPARTMENT STORES, INC., | **DEFENDANT'S MOTION FOR SUMMARY JUDGMENT OR, IN THE** |
| 16         Defendant. | **ALTERNATIVE, PARTIAL SUMMARY JUDGMENT** |
| 17 | |
| 18 | Judge:       Hon. Charles R. Breyer |
| 19 | Trial Date:   February 24, 2014 |
| 20 | |
| 21 | |

22     IT IS HEREBY ORDERED as follows:

23     1.     Pursuant to ADR Local Rule 7-2, the parties are referred to U.S. Magistrate Judge

24 Jacqueline Scott Corley for purposes of conducting a settlement conference;

25     2.     The hearing on Defendant's motion for summary judgment or, in the alternative,

26 partial summary judgment ("Motion"), currently scheduled for November 8, 2013, is to be

27 rescheduled to a date to be determined by the Court after the parties participate in the settlement

28 conference if the case does not resolve; and

1    3.    The due date on Plaintiffs' Opposition to Defendant's Motion which is currently

2 due on October 18, 2013 will be continued until three (3) weeks prior to the hearing on

3 Defendant's Motion, and the due date on Defendant's Reply to Plaintiffs' Opposition which is

4 currently due on October 25, 2013 will be continued until one (1) week prior to the hearing on

5 Defendant's Motion.

6    **IT IS SO ORDERED.**

7

8 DATED:  October 8, 2013

9

10 By: _____



11

12 4850-0309-9413.1

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING JOINT REQUEST TO REFER PARTIES TO JUDICIAL SETTLEMENT
CONFERENCE AND CONTINUE THE HEARING ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT